### Commonwealth *v.* Winfield, Appellant.

Submitted December 12, 1966. *Leroy Winfield,* appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.